IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEONDRAE HUGHES, #262 576, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-CV-145-WHA |
| | ) | [WO] |
| WARDEN KARLA JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>RECOMMENDATION OF THE MAGISTRATE JUDGE</u>**

Plaintiff filed this 42 U.S.C. § 1983 action on March 3, 2016. When he filed this complaint, Plaintiff was incarcerated at the Ventress Correctional Facility in Clayton, Alabama. On March 28, 2016, the envelope containing Plaintiff's copy of an order filed March 18, 2016, was returned to the court marked as undeliverable because Plaintiff is no longer at the service address he provided to the court when he filed the complaint. Consequently, the court entered an order on March 29, 2016, directing Plaintiff to provide the court with his present address by April 8, 2016. Doc. 4. Plaintiff was cautioned that his failure to comply with the court's March 29 order would result in a recommendation this case be dismissed. *Id*. Plaintiff's copy of the court's March 29, 2016, order was returned to the court on April 6, 2016, marked as undeliverable.

Upon review of the pleadings filed, the undersigned finds the court file contains no alternate address for Plaintiff and that he has not provided this court with a current address since he filed the instant complaint. The undersigned, therefore, concludes this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

The Clerk of the Court is DIRECTED to file the Recommendation of the Magistrate Judge and to serve a copy on Plaintiff. Plaintiff may file any objections to this Recommendation **on or before May 4, 2016.** Any objection filed must specifically identify the factual findings and legal conclusions in the Magistrate Judge's Recommendation to which Plaintiff objects. Frivolous, conclusive or general objections will not be considered by the District Court. This Recommendation is not a final order and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of factual findings and legal issues covered in the report and shall "waive the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions" except upon grounds of plain error if necessary in the interests of justice. 11th Cir. R. 3-1; *see Resolution Trust Co. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

DONE, this the 20th day of April, 2016.

/s/ Susan Russ Walker  
Susan Russ Walker  
Chief United States Magistrate Judge