IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEONDRAE HUGHES, #262 576, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO 2:16-cv-145-WHA |
| | ) | |
| WARDEN KARLA JONES, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #5), entered on April 20, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to comply with the orders of the court and to prosecute this action. Final Judgment will be entered accordingly.

DONE this 12th day of May, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE